THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 21-50072 |
| Clifford Louzader | ) |
| Shanda S. Louzacder | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) TRUSTEE'S MOTION TO DISMISS AS |
| | ) DEBTOR(S) HAS FAILED TO PROVIDE |
| | ) INFORMATION |
| | ) |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby requests an order of dismissal of this case pursuant to 11 USC Section 1307 (c)(1), (c)(3), (c)(4). The Trustee states the following:

1. The Petition was filed on **01/19/2021**.

2. The monthly Plan payments are **$0.00**.

3. As of the date of this motion, payments into the Plan total **$0.00**.

4. The Debtor(s) has failed to file or has filed incomplete and/or inaccurate documents with the Court.

5. Without complete and accurate documents, the Trustee cannot perform his duties as required by 11 USC Section 1302, including determining if the case should or should not be recommended for confirmation.

6. In order to prepare for the 341 meeting, the Trustee needs these documents no later than five business days prior to the 341 meeting scheduled for **2/18/2021**.

> Summary of Schedules and Statistical Summary, Schedules A/B, C,D,E/F,G,H,I and J; Declaration to Schedules; Statement of Financial Affairs; Employee Income Records/Statement Concerning Payment Advices; Certificate of Credit Counseling; Legal Description of All Real Property/Land Contracts and Statement of Current Monthly Income and Means Test Calculation; Chapter 13 Plan are missing. All missing documents were due by 2/2/2021.

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## NOTICE

**Pursuant to 11 US § 102, unless a party in interest requests a hearing on this pleading, the Court may grant the relief requested without a hearing or further notice.**

**Pursuant to Rule 2002, parties that want to be heard on this matter must file a response to this pleading within 21 days from the date in the below certificate of service.**

**The response must be filed with the US Bankruptcy Court at:**

**US Bankruptcy Court
2 South Main Street
455 John F. Seiberling Federal Building
Akron, OH 44308-1810**

**In addition to filing a response with the Court, parties requesting a hearing must serve all parties in the below certificate of service either through the mailing address provided or, where applicable, by the Court's Electronic Filing System (ECF).**

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com
jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

I hereby certify that on 02/03/2021, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

| | |
|---|---|
| Clifford Louzader | Shanda S. Louzacder |
| 6785 Fawndale Drive | 6785 Fawndale Drive |
| Medina, OH 44256 | Medina, OH 44256 |

<u>Via ECF</u>

BRUCE HALL, ATTORNEY (bhall160229@gmail.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 02/03/2021 | By: J. Neunz |
| | Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072