UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

In Re:                                                                   Case No. 21-50072-amk

Clifford Louzader
Shanda S. Louzacder                      Chapter 13

Debtors                                        Judge Alan M. Koschik

**NOTICE OF APPEARANCE**

      Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of West Coast Capital Group ('Creditor'), in the above captioned proceedings.

                                                                       Respectfully Submitted,

                                                                      /s/ Molly Slutsky Simons
                                                                      Molly Slutsky Simons (0083702)
                                                                      Sottile & Barile, Attorneys at Law
                                                                      394 Wards Corner Road, Suite 180
                                                                      Loveland, OH 45140
                                                                      Phone: 513.444.4100
                                                                      Email: bankruptcy@sottileandbarile.com
                                                                      Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on February 5, 2021, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Bruce Hall, Debtors' Counsel
    Bhall160229@gmail.com

    Keith Rucinski, Trustee
    efilings@ch13akron.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Clifford Louzader, Debtor
    6785 Fawndale Drive
    Medina, OH 44256

    Shanda S. Louzacder, Debtor
    6785 Fawndale Drive
    Medina, OH 44256

                                            /s/ Molly Slutsky Simons
                                            Molly Slutsky Simons (0083702)
                                            Attorney for Creditor