# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

IN RE:  CHAPTER PROCEEDING

CLIFFORD LOUZADER  Case No.: 21-5007-amk
SHANDA S. LOUZADER

Debtors  JUDGE ALAN M. KOCIK

OBJECTION TO CLAIM

Now comes Debtors Clifford Louzader and Shanda Louzader, by and through the undersigned counsel, who, pursuant to 11 U.S.C. 502, and Bankruptcy Rule 3007, respectfully objects to the Proof of Claim filed by West Coast Capital Group, Claim Number 2.

/s/Bruce Hall
Bruce Hall (#0007307)
Attorney for Debtors
229 West Liberty Street
Medina, Ohio 44256
(330) 723-8754
(330) 722-1968 (fax)
bhall160229@gmail.com

## SERVICE

I certify that on February _____, 2020, a true and accurate copy of the foregoing Notice was served:

Via the Court's ECF System on these entitles and individuals who are listred on the Court's Electronic Mail Notice List:

Office of the United States Trustee

1

** electronic notification**

Keith Ruscinki, Trustee
efilings@ch13akron.com

Molly Slutsky Simons
Sottile & Barile
394 Wards Corner Road, Suite 180
Loveland, OH 45140

And by regular U.S. mail, postage prepaid, on:

Clifford Louzader, Debtor
6785 Fawndale Drive
Medina, OH 44256

Shanda S. Louzader
6785 Fawndale Drive
Medina, OH 44256

All creditors (see attached)

/s/Bruce Hall
Bruce Hall (#0007307)
Attorney for Debtors

FCI
8180 East Kaiser Blvd.
Anaheim, CA 92808

Scottile & Barile
7530 Lucerne Drive
Suite 210
Cleveland, OH 44130

Shellpoint Mortgage

West Coast Capial Group Imnc.
7911 Warner Avenue
Huntington Beach, CA 92647