UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CHAPTER 13

CLIFFORD LOUZADER
SHANDA S. LOUZADER  CASE NO. 21-50072-amk

Debtor  JUDGE Alan M. Koschik

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN

Debtors Clifford Louzader and Shanda S. Louzader Shawn have filed an amended Chapter 13 plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, you or your attorney must:

File within 30 days the Court a Written Request for a hearing at: United States Bankruptcy Court, 2 South Main Street, Akron, Ohio 44308..

You must also send a copy to:

Bruce Hall, Debtor's Attorney, 229 West Liberty Street, Medina, Ohio 44256 and also to the parties listed below.

If your or your attorney do not take these steps the Court may decide that you do not oppose the relief sought in the motion and the Court may enter into an order granting the relief that Debtor is seeking.

/s/Bruce Hall
Bruce Hall (#0007307)
Attorney for Debtors
Bruce Hall Co., LPA
229 West Liberty Street
Medina, Ohio 44256
(330) 723-8754 (Phone)
(330) 722-1968 (Fax)
bhall160229@gmail.com

## SERVICE

I certify that on April 21, 2022, a true and accurate copy of the foregoing Motion and Notice was served:

Via the Court's ECF System on these entitles and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the United States Trustee
** electronic notification**

Office of the Akron Chapter 13 Trustee

And by regular U.S. mail, postage prepaid, on:

Clifford and Shanda S. Louzader, Debtors
6785 Fawndale Drive
Medina, Ohio 44256

All creditors (see attached list)

/s/Bruce Hall
Bruce Hall (#0007307)
Attorney for Debtors

21-50072

Ahm
2170 Point Blvd, Suite 100
Elgin, IL 60123

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Amex
P O Box 7871
Fort Lauderdal, FL 33329

Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

Citibank, N.A.
5800 S Corporate PL
Sioux Falls, SC 57108-5027

Comenity Bank/Avenue
Po Box 182789
Columbus, OH 43218

Comenitybank/Comenity
Po Box 182789
Columbus, OH 43218

FCI
8180 East Kaiser Blvd.
Anaheim, CA 92808

Goodyear Tire - CBNA
PO Box 6497
Sioux Falls, SD 57117

Hnb Ind
Po Box 1558, Dept Ea4w25
Columbus, OH 43216-1558

HNB-IND
PO Box 1558 - Deot. EA4W25
Columbus, OH 43216

JP Morgan Chase Bank, N. A.
6409 Congress Avenue, Suite 100
c/o Robertson, Anschutz, & Schneid PL
Homeland, FL 33847

LVNV Funding
Resurgent Capital Services
PO Box 19587
Greenville, SC 29603-0587

Pnc Bank
P.O.Box 500K A16 2j
Portage, MI 49081

PNC BANK
PO BOX 500-K-A16-2J
PORTGAGE, MI 49081

21-50072

PNC BANK National Association
Bankruptcy Department
PO Box 94982
Cleveland, OH 44101

Scottile & Barile
7530 Lucerne Drive
Suite 210
Cleveland, OH 44130

Shellpoint

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage
PO 740039
Cincinnati, OH 45274-0039

Shellpoint Mortgage

Syncb/Amazon
Po Box 965015
Orlando, FL 32896

Syncb/Ashhom

Syncb/Athome
C/O Po Box 965013
Orlando, FL 32896

Syncb/Carecr
C/O Po Box 965036
Orlando, FL 32896

Syncb/Oldnav
P.O. Box 29116
Shawnee Missio, KS 66201

Syncb/Samsdc
Po Box 965005
Orlando, FL 32896

Syncb/Tjx
Po Box 965015
Orlando, FL 32896

Synchrony Bank
c/o PRA Recievables
PO Box 41021
Norfolk, VA 23541

Thd/Cbna

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101

US Bank National Association
PO Box 19826
Greenville, SC 29603-0826

Wells Fargo  
Credit Bureau Dispute Resoluti Po Box 14  
Des Moines, IA 50306

West Coast Capial Group Imnc.  
7911 Warner Avenue  
Huntington Beach, CA 92647