Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 21–50072–amk**

**In re:**

| | |
|---|---|
| Clifford Louzader | Shanda S. Louzader |
| 6785 Fawndale Drive | 6785 Fawndale Drive |
| Medina, OH 44256 | Medina, OH 44256 |

**Social Security No.:**

xxx–xx–7548                                                                                     xxx–xx–0777

**NOTICE OF HEARING**

(TELEPHONIC) DIAL IN INFORMATION: Telephone: (866) 4345269 Access Code: 2469740#

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 20, 2021 at 2:00 pm (telephonic)
260 John F. Seiberling Federal Building US Courthouse 2 South Main Street
Akron, Oh 44308

To consider and act upon the following matters:

Amended Plan Filed by Clifford Louzader, Shanda S. Louzader and Objection to Amended Plan Filed by West Coast Capital Group

**Dated:** April 27, 2021                                                                                     For the Court
Form ohnb187                                                                                                    Josiah C. Sell, Clerk