**This document was signed electronically on February 1, 2022, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: February 1, 2022



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 21-50072 |
| Clifford Louzader<br>Shanda S. Louzader | Chapter 13 |
| Debtor(s). | Judge Alan M. Koschik |

**ORDER GRANTING AMENDED MOTION TO COMPROMISE RESOLVING DEBTOR'S OBJECTION TO CLAIM (Doc. 39) AND RESPONSE (Doc. 42)**

The Court, having considered the Joint Amended Motion to Compromise filed by Creditor West Coast Capital Group and the Debtors, and being duly advised in the premises, now grants the Motion. No party filed a response or otherwise appeared in opposition to the Amended Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the parties' Joint Amended Motion to Compromise is approved and the Debtor's Plan shall be modified pursuant to the terms of the compromise set forth in the Joint Amended Motion to Compromise.

###

SUBMITTED BY:

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

COPIES TO:

Bruce Hall, Debtors' Counsel, at bhall160229@gmail.com (VIA ECF MAIL)
Keith Rucinski, Trustee, at efilings@ch13akron.com (VIA ECF MAIL)
Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)
Clifford Louzader, Debtor, 6785 Fawndale Drive, Medina, OH 44256 (VIA U.S. MAIL)
Shanda S. Louzader, Debtor, 6785 Fawndale Drive, Medina, OH 44256 (VIA U.S. MAIL)